Eda Mesirow, appellee, v. Maurice Elias Mesirow, appellant. Gen. No. 35,695.

Heard in the first division of

this court for the first district at the April term, 1931. 
Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

Levinson, Scher & Rosenfeld, for appellant; I. Harvey Levinson and Louis Rosenfeld, of counsel. Mitchell Edelson and Cameron Latter, for appellee.

Mr. Justice McSurely delivered the opinion of the court.